PHILIP R. SELLINGER
United States Attorney
DAVID V. SIMUNOVICH
MARK C. ORLOWSKI
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER NEARY, SHERMAN BARTON, VE SOURCE, LLC, and VERTICAL SOURCE, INC.,<br><br>        *Defendants*. | HON. GEORGETTE CASTNER<br><br>Civil Action No. 20-14167 (GC) (DEA) |

**JOINT MOTION FOR ENTRY OF JUDGMENT
AND DISMISSAL OF CLAIMS**

Plaintiff United States of America and Defendant VE Source, LLC hereby jointly move for an Order entering judgment in the above-captioned action against VE Source, LLC in the amount of $7,600,000, and dismissing all claims against VE Source, LLC, with prejudice.

This motion has no bearing on claims asserted by the United States against any other Defendant in this action.

The parties have filed a proposed order to this effect.

Dated:       Newark, New Jersey
             July 21, 2022

| VE SOURCE, LLC | UNITED STATES OF AMERICA |
|---|---|
| */s/ Lee Vartan* | PHILIP R. SELLINGER |
| Lee Vartan, Esq. | United States Attorney |
| Chiesa Shahinian & Giantomasi, PC | |
| One Boland Drive | By: */s/ David V. Simunovich* |
| West Orange, NJ 07052 | DAVID V. SIMUNOVICH |
| Tel. (973) 530-2107 | MARK C. ORLOWSKI |
| *Counsel for VE Source, LLC* | Assistant United States Attorneys |
| | United States Attorney's Office |
| | District of New Jersey |
| | 970 Broad Street, Suite 700 |
| | Newark, NJ 07102 |
| | Tel. (973) 645-2700 |
| | *Counsel for the United States of America* |